

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00282-CV

RONALD JONES                                                 APPELLANT

V.

MASSACHUSETTS MUTUAL LIFE                                     APPELLEES
INSURANCE COMPANY; BANK OF
AMERICA N. A.; R. DWAYNE
DANNER; KELLY ORLANDO; AND
ROBERT MOWERY

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On June 22, 2012, more than three months after appellant's original noncompliant brief was filed and after we had offered appellant numerous opportunities to correct the deficiencies, we notified appellant that his amended brief had not been filed as required by Texas Rule of Appellate Procedure

---

[1]*See* Tex. R. App. P. 47.4.

38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated that we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court on or before July 2, 2012, a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  Appellant responded by filing a motion for extension to file his brief, which did not show grounds for continuing the appeal.  The motion for extension is **DENIED**.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  August 16, 2012